UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                        )
                                              )
Madeline Colon                                )   Case # 6:18-bk-01696-KSJ
                                              )   Chapter 7
_____Debtor_____                )

TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL

TO:  Creditors, Debtor(s) and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---:|---:|
| 2002 Subaru Impreza VIN JF1GD29612G517331 | $3,575.00 | $2,575.00 |
| 2007 BMW 3 Series VIN WBAVA33557KX81184 | $4,200.00 | $4,200.00 |
| Electronics | $569.00 | $323.00 |
| Clothing | $425.00 | $425.00 |
| Jewelry | $451.00 | $451.00 |
| **Totals** | **$9,220.00** | **$7,974.00** |

2. Method of Sale: The Property will be sold to a private party on or after June 8, 2018.  The name and address of the private party, hereinafter referred to as the "Private Party" is:

   Madeline Colon
   680 CARIBOU CT
   APOPKA, FL  32703

3. <u>Property Information and Insurance</u>:  The sales price was determined by the description and condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage, and sale.  The debtor(s) maintain insurance on the Property and has agreed to name the Trustee as loss payee.

4. <u>Terms of the Sale</u>:  The selling price to the Private Party is $7,974.00 to be paid in 12 consecutive monthly installment payments in the amount of $664.50 per month beginning May 15, 2018.  The debtor(s) also agree to turn over any future income tax refund received during the pendency of this agreement and apply it to the Buyback.  The Trustee acknowledges receipt of the initial payment.  The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances.  The debtor is entitled to claim a $1,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

<u>Lien holder name & address</u>           <u>Amount of Lien</u>
**NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge.  However, the Trustee has not performed a judgment or lien search.  The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.  Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:**  For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated:  May 18, 2018

/s/ Richard B. Webber II, Trustee
Richard B. Webber II
PO Box 3000
Orlando, FL 32802-3000
Phone: 407-425-7010
E-mail: rwebber@zkslawfirm.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Report & Notice has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to: Madeline Colon, 680 CARIBOU CT, APOPKA, FL 32703; FRANCISCO J GONZALEZ, GONZALEZ LAW FIRM, P.L.1525 INTERNATIONAL PARKWAYSUITE 4021, HEATHROW, FL 32746;  United States Trustee, 400 W. Washington St., Ste. 1100, Orlando, Florida 32801; and all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and on this May 18, 2018.

                                                /s/ Richard B. Webber II, Trustee
                                                Richard B. Webber II, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-01696-KSJ<br>Middle District of Florida<br>Orlando<br>Fri May 18 15:45:15 EDT 2018 | Centerstate Bank, N.A., a national banking a<br>c/o Michael S. Waskiewicz, Esq.<br>Burr & Forman LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 | Madeline Colon<br>680 Caribou Ct<br>Apopka, FL 32703-7228 |
| FreedomRoad Financial c/o Capital Recovery G<br>PO Box 64090<br>Tucson, AZ 85728-4090 | Lakeview Loan Servicing<br>Quintairos, Prieto, Wood & Boyer, PA<br>Leslie Rushing, Esq.<br>1475 Centrepark Blvd., Suite 130<br>West Palm Beach, FL 33401-7424 | AMCA/American Medical Collection Agency<br>2269 S Saw Mill<br>Elmsford, NY 10523-3832 |
| AMCA/American Medical Collection Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523-1615 | Altamonte Dental Associatess<br>195 S. Westmonte Dr<br>Suite 1112<br>Altamonte Springs, FL 32714-4219 | Banco Popular<br>120 Broadway Fl 16<br>New York, NY 10271-1601 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Blue Springs Surgery Center<br>1053 Medical Center Dr<br># 201<br>Orange City, FL 32763-8261 |
| Bp-mortg<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 |
| ChaseHealthAdvance<br>Attn: Bankruptcy<br>1717 Hermitage Blvd Ste 101<br>Tallahassee, FL 32308-7709 | ChaseHealthAdvance<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Comenity Bank/dots<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/dots<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenitycapital/idlimg<br>Comenity Bank<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/idlimg<br>Po Box 182120<br>Columbus, OH 43218-2120 |
| Cordell Mitchell<br>974 Douglas Ave<br>Suite 102<br>Altamonte Springs, FL 32714-5203 | First Federal Credit & Collections<br>24700 Chagrin Blvd<br>Suite 205<br>Cleveland, OH 44122-5662 | First Federal Credit & Collections<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Freedom Road Financial<br>10509 Professional Cir S<br>Reno, NV 89521-5864 | Harbor Community Bank<br>15588 Sw Warfield Blvd<br>Indiantown, FL 34956-3501 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Loancare Servicing Ctr<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Meadow Oak Homeowners Ass<br>P. O. Box 2328<br>Apopka, FL 32704-2328 |

| | | |
|---|---|---|
| Mortgage Service Cente<br>1 Mortgage Way<br>Mount Laurel, NJ 08054-4637 | Mortgage Service Cente<br>Attn: Bankruptcy Dept<br>Po Box 5452<br>Mt Laurel, NJ 08054-5452 | OHRI, LLC<br>P. O. Box<br>Orlando, FL 32891-0001 |
| Ocwen Loan Servicing<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd   Ste 100<br>West Palm Beach, FL 33409-6493 | Ocwen Loan Servicing<br>Po Box 4622<br>Waterloo, IA 50704-4622 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Palm Endoscopy Center<br>P. O. Box 305250<br>Nashville, TN 37230-5250 | Quest<br>P. O. Box 740781<br>Cincinnati, OH 45274-0781 | Receivable Management Group,<br>2901 University Ave # 29<br>Columbus, GA 31907-7601 |
| Robinson Reagan & Young PLLC<br>446 James Robertson Parkway, Ste 200<br>Nashville, TN 37219-1533 | Robinson Reagan & Young PLLC<br>446 James Robertson Pkwy<br>Nashville, TN 37219-1533 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael S Waskiewicz +<br>Burr & Forman, LLP<br>50 North Laura Street, Suite 3000<br>Jacksonville, FL 32202-3658 |
| Francisco J Gonzalez +<br>Gonzalez Law Firm, P.L.<br>1525 International Parkway<br>Heathrow, FL 32746-7644 | Richard B Webber +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 | Leslie Rushing +<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1475 Centerpark Blvd., Suite 130<br>West Palm Beach, FL 33401-7424 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

 

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Po Box 982238
El Paso, TX 79998

       The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49