UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                )
                                      )
Madeline Colon                        )    Case Number: 6:18-bk-01696-KSJ
                                      )    Chapter 7
____Debtor____                        )

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:       All Interested Parties

FROM:     Richard B Webber II, Trustee

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Real Property located at 680 Caribou Ct, Apopka Fl 32703 and Personal Property Described as 2016 Slng Polaris VIN No. 57XAASFA6G7117961 (the "Property").

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The Property is being abandoned for the following reasons:

1.   The Property is subject to a lien which is equal to or greater than its value or the

     Property is of nominal value to the Estate.

2.     Further administration of the Property is burdensome to the Estate.

I HEREBY CERTIFY that a true copy of the foregoing Notice was furnished via Electronic Notice or First-Class United States Mail, postage prepaid, on May 18, 2018 to all persons on the current mailing matrix attached to the original of this document.

  /s/ Richard B Webber II
Richard B Webber II, Esquire
Zimmerman, Kiser & Sutcliffe
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)563-4328
Facsimile: (407)425-2747
E-mail: rschohl@zkslawfirm.com

```
Label Matrix for local noticing              Centerstate Bank, N.A., a national banking a    Madeline Colon
113A-6                                       c/o Michael S. Waskiewicz, Esq.                 680 Caribou Ct
Case 6:18-bk-01696-KSJ                       Burr & Forman LLP                               Apopka, FL 32703-7228
Middle District of Florida                   50 N. Laura Street, Suite 3000
Orlando                                      Jacksonville, FL 32202-3658
Fri May 18 15:45:15 EDT 2018

FreedomRoad Financial c/o Capital Recovery G  Lakeview Loan Servicing                        AMCA/American Medical Collection Agency
PO Box 64090                                 Quintairos, Prieto, Wood & Boyer, PA            2269 S Saw Mill
Tucson, AZ 85728-4090                        Leslie Rushing, Esq.                            Elmsford, NY 10523-3832
                                             1475 Centrepark Blvd., Suite 130
                                             West Palm Beach, FL 33401-7424

AMCA/American Medical Collection Agency      Altamonte Dental Associatess                    Banco Popular
Attention: Bankruptcy                        195 S. Westmonte Dr                             120 Broadway Fl 16
4 Westchester Plaza, Suite 110               Suite 1112                                      New York, NY 10271-1601
Elmsford, NY 10523-1615                      Altamonte Springs, FL 32714-4219

Bank Of America                              (p)BANK OF AMERICA                              Blue Springs Surgery Center
Nc4-105-03-14                                PO BOX 982238                                   1053 Medical Center Dr
Po Box 26012                                 EL PASO TX 79998-2238                           # 201
Greensboro, NC 27420-6012                                                                    Orange City, FL 32763-8261

Bp-mortg                                     Capital One                                     Capital One
209 Munoz Rivera Ave                         Attn: General Correspondence/Bankruptcy         Po Box 30281
San Juan, PR 00918                           Po Box 30285                                    Salt Lake City, UT 84130-0281
                                             Salt Lake City, UT 84130-0285

ChaseHealthAdvance                           ChaseHealthAdvance                              Comenity Bank/dots
Attn: Bankruptcy                             Po Box 15298                                    Po Box 182125
1717 Hermitage Blvd Ste 101                  Wilmington, DE 19850-5298                       Columbus, OH 43218-2125
Tallahassee, FL 32308-7709

Comenity Bank/dots                           Comenitycapital/idlimg                          Comenitycapital/idlimg
Po Box 182789                                Comenity Bank                                   Po Box 182120
Columbus, OH 43218-2789                      Po Box 182125                                   Columbus, OH 43218-2120
                                             Columbus, OH 43218-2125

Cordell Mitchell                             First Federal Credit & Collections              First Federal Credit & Collections
974 Douglas Ave                              24700 Chagrin Blvd                              24700 Chagrin Blvd Ste 2
Suite 102                                    Suite 205                                       Cleveland, OH 44122-5662
Altamonte Springs, FL 32714-5203             Cleveland, OH 44122-5662

Florida Department of Revenue                Freedom Road Financial                          Harbor Community Bank
Bankruptcy Unit                              10509 Professional Cir S                        15588 Sw Warfield Blvd
Post Office Box 6668                         Reno, NV 89521-5864                             Indiantown, FL 34956-3501
Tallahassee FL 32314-6668

Internal Revenue Service                     Loancare Servicing Ctr                          Meadow Oak Homeowners Ass
Post Office Box 7346                         3637 Sentara Way                                P. O. Box 2328
Philadelphia PA 19101-7346                   Virginia Beach, VA 23452-4262                   Apopka, FL 32704-2328
```

```
Mortgage Service Cente              Mortgage Service Cente              OHRI, LLC
1 Mortgage Way                      Attn: Bankruptcy Dept               P. O. Box
Mount Laurel, NJ 08054-4637         Po Box 5452                         Orlando, FL 32891-0001
                                    Mt Laurel, NJ 08054-5452


Ocwen Loan Servicing                Ocwen Loan Servicing                Orange County Tax Collector
Attn: Research/Bankruptcy           Po Box 4622                         PO Box 545100
1661 Worthington Rd   Ste 100       Waterloo, IA 50704-4622             Orlando FL 32854-5100
West Palm Beach, FL 33409-6493


Palm Endoscopy Center               Quest                               Receivable Management Group,
P. O. Box 305250                    P. O. Box 740781                    2901 University Ave # 29
Nashville, TN 37230-5250            Cincinnati, OH 45274-0781           Columbus, GA 31907-7601


Robinson Reagan & Young PLLC        Robinson Reagan & Young PLLC        Synchrony Bank/Walmart
446 James Robertson Parkway, Ste 200  446 James Robertson Pkwy          Attn: Bankruptcy
Nashville, TN 37219-1533            Nashville, TN 37219-1533            Po Box 965060
                                                                        Orlando, FL 32896-5060


Synchrony Bank/Walmart              United States Trustee - ORL7/13 +   Michael S Waskiewicz +
Po Box 965024                       Office of the United States Trustee Burr & Forman, LLP
Orlando, FL 32896-5024              George C Young Federal Building     50 North Laura Street, Suite 3000
                                    400 West Washington Street, Suite 1100  Jacksonville, FL 32202-3658
                                    Orlando, FL 32801-2210


Francisco J Gonzalez +              Richard B Webber +                  Leslie Rushing +
Gonzalez Law Firm, P.L.             Post Office Box 3000                Quintairos, Prieto, Wood & Boyer, P.A.
1525 International Parkway          Orlando, FL 32802-3000              1475 Centerpark Blvd., Suite 130
Heathrow, FL 32746-7644                                                 West Palm Beach, FL 33401-7424
```

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Po Box 982238
El Paso, TX 79998


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    48
Bypassed recipients     1
Total                  49